# THE STATE OF TEXAS
# M A N D A T E
### **********************************************

**TO THE 44TH DISTRICT COURT OF DALLAS COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 12th day of November, 2014, the cause upon appeal to revise or reverse your judgment between

**WILBUR LEE BELL, Appellant**

**NO. 12-14-00188-CV; Trial Court No. DC-1309652**

By *per curiam* opinion.

**CARNIVAL CORPORATION, CARNIVAL CRUISE LINE, CARNIVAL CONQUEST, ET AL, Appellees**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 23rd day of January, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk